**Order entered February 10, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00044-CR**
**No. 05-23-00045-CR**

**ROBERT PROCSAL, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-20-0256, 2-20-0257**

**ORDER**

The Court **DENIES** appellant's February 6, 2023 request for appointment of new counsel. *See Buntion v. Harmon*, 827 S.W.2d 945, 949 (Tex. Crim. App. 1992) (orig. proceeding); *Sampson v. State*, 854 S.W.2d 659, 662 (Tex. App.— Dallas 1992, no pet.).

We **DIRECT** the clerk to send copies of this order to counsel for all parties.

We **DIRECT** the clerk to send a copy of this order by first-class mail to Robert Procsal, TDCJ No. 02430787, SID No. 06254196, Beto Unit, 1391 FM 3328, Tennessee Colony, TX 75880, and to Robert Procsal, 302-1/2 Almond Street, Waxahachie TX 75165.

/s/    NANCY KENNEDY
         JUSTICE